| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| United States of America, | § § | **Government Collection** |
| Plaintiff, | § § | |
| vs. | § § | Civil Action _____ |
| | § | (CDCS: 2026A02363) |
| Kyoungsun You dba Hankang, | § § | |
| Defendant. | § § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant Kyoung Sun You dba Hankang resides in Harris County, and may be served by serving his attorney Min Un Lee, at 9432 Katy Freeway, Suite 150, Houston, Texas 77055.

3. *The Debt.* The debt owed to the United States arose through the U.S. Small Business Administration Authorization (SBA Express/Patriot Express Loan), see Exhibit A.. The Note is attached as Exhibit B along with the Lender's Transcript of Account as Exhibit C.  The debt on the date of the Certificate of Indebtedness, Exhibit D was:

| | | | | |
|---|---|---|---|---|
| A. | Current principal | | $ | 42,764.95 |
| B. | Interest (capitalized and accrued) | | $ | 10,509.63 |
| C. | Administrative fees, costs, penalties<br>(Including $405.00 Filing fee) | | $ | 17,430.89 |
| D. | Balance due | | $ | 70,705.47 |

    E.    Prejudgment interest accrues at 6.00% per annum being $7.03 per day.

    F.    The current principal in paragraph 3 A is shown on Exhibit C, the Transcript of the Lender's Account showing disbursements and payments, but ultimately there is a principal balance of $42,764.95.

4. *Default*. The United States has demanded that the defendants pay the indebtedness, and the defendants have failed to pay it.

5. *Prayer*. The United States prays for judgment for:

    A.    The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

    B.    Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff