CSNG #14914980

U.S. Small Business Administration

AUTHORIZATION
(SBA*Express*/Patriot Express LOAN)

SBA Loan#: **65408250-10**

| U.S. Small Business Administration: | Lender: |
|---|---|
| **Houston District Office** | **JPMorgan Chase Bank, NA** |
| **8701 S. Gessner Drive, Suite 1200** | **1111 Fannin St., 15th Floor** |
| **Houston, Texas 77074** | **Houston, TX 77002** |

Lender is issuing this SBAExpress or Patriot Express Loan Authorization for SBA to guarantee **50%** of a loan in the amount of **$50,000.00** to be made by Lender to assist:

Borrower:   **Kyoungsun You DBA Hankang**
**9501 Long Point Rd Ste K**
**Houston, TX 77055**

Lender's issuance is in accordance with either the SBAExpress Supplemental Loan Guaranty Agreement between Lender and SBA for an SBAExpress Loan or the Patriot Express Supplemental Loan Guaranty Agreement between Lender and SBA for a Patriot Express Loan.

This Authorization is subject to the application submitted by Borrower and the following terms and conditions:

1. Lender must comply with current SBA Form 750, and the provisions of the Small Business Act, 15 U.S.C. § 631, et. seq., SBA regulations, SBA Standard Operating Procedures, SBA Official Notices, the SBAExpress Program Guide or the Patriot Express Pilot Loan Initiative Procedural Guide (depending on the type of loan), and the SBAExpress Supplemental Loan Guaranty Agreement or the Patriot Express Supplemental Loan Guaranty Agreement between Lender and SBA (depending on the type of loan), all of which may be amended from time to time.

2. Lender must make first disbursement of the loan no later than **6** months, and complete disbursement no later than **12** months, from the date of this Authorization. For a revolving line of credit loan, Lender must make no disbursement of this loan beyond the maturity date.

3. For loans with a maturity of more than 12 months, Lender must pay a guaranty fee of 2% of the amount guaranteed for loans of $150,000 or less (Lender may retain no more than 25% of this fee) and 3% for loans of more than $150,000 to the Small Business Administration, Denver, CO 80259-0001, within 90 days of the date of this Authorization. For loans with a maturity of 12 months or less, Lender must pay a guaranty fee of .25% of the amount guaranteed to the same address within 10 days after SBA issued the SBA Loan Number. **The guaranty fee for this loan is $0.00.**

4. Lender must have Borrower execute a Note containing the following repayment terms:

**This Note will mature in 7 year(s) and 0 month(s) from the date of Note.**

**EXHIBIT A**

CSNG #14914980

The interest rate on this loan will fluctuate. The initial interest rate is **6.75%** per year. The initial rate is the prime rate plus **3.50%**.

Payments of accrued interest or $100.00, whichever is greater, but not to exceed the then outstanding balance of this Note, shall be payable monthly, until the Final Availability Date. The term "Final Availability Date" as used herein means the 3 year anniversary date of this Note. Effective, without any further notice, after the Final Availability Date, no further advances under this line of credit will be available. Thereafter, on the same calendar day as payments were due prior to the Final Availability Date, 47 monthly payments shall be due with each payment equal to the greater amount of (1) $250.00, or (2) the aggregate sum of (a) accrued interest, plus (b) 1/84th of the unpaid principal balance immediately following the Final Availability Date. A final payment shall be due and payable on the same calendar day in the 48th month following the Final Availability Date in the amount of the outstanding principal balance of this Note, plus all accrued but unpaid interest and any other unpaid amounts due under this Note.

5. Lender must develop and maintain evidence of a system or process to reasonably ensure that proceeds of loan were used for the following eligible business purposes:

**$50,000.00**                              Working Capital

6. Lender must satisfy the following collateral conditions:

**Collateral:** First Lien Security Interest in All Business Assets

**Guaranty(ies) of:** N/A

LENDER

By: *Monica Espitia*                              11/19/2013
(Authorized Signature)                          (Date)

Monica M Espitia, Loan Coordinator
(Print Name/Title)