UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| *versus* | § § | C.A. No.: H-25-6137 (CDCS: 2026A02363) |
| KYOUNGSUN YOU dba HANKANG, | § § § | |

**AFFIDAVIT OF AMOUNT DUE**

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

I, M. H. CERSONSKY, being first duly sworn, state that I am the attorney for plaintiff in the above-entitled and numbered action; that the records of the Clerk of this Court show that the Summons and Complaint in this cause were duly served on Defendant on January 6, 2026, and that, although more than 21 days have passed since such service, defendant has failed to appear, plead or otherwise defend; and that to my best information and belief defendant is not an infant or incompetent person and is not in the military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940 as amended.

I further state that I have read the Complaint filed in this action, know the contents thereof and am familiar with the evidence which would be offered by plaintiff at the trial of this case. This is a case based on the U.S. Small Business Administration Authorization (SBA Express/Patriot Express Loan) and Note which are attached to this affidavit as Exhibits 1 and 2. Based thereon, I officially state that to the best of my information and belief there is now due by defendant to plaintiff on the debt set forth in the Complaint, the following amounts:

| | |
|---|---|
| Principal Balance: | $ 42,764.95 |
| Total Interest Accrued (As of 10/17/25) | $ 10,509.63 |
| Administrative and Filing Fees | $ 17,430.89 |
| | $ 70,705.47 |
| Less Credits (Debtor Payments) | $        0.00 |
| Total Owed | $ 70,705.47 |

Interest at a Rate of 6.00% from October 17, 2025 to date of judgment.
Daily Accrual:   $7.03

This sum is based on the Certificate of Indebtedness signed under penalty of perjury pursuant 28 U.S.C.§1746, attached as Exhibit 3 to this Affidavit.

No attorney fees are requested on this file because administrative fees and costs have been requested and are evidenced by the Certificate of Indebtedness which is Exhibit 3.

By: _____
M. H. Cersonsky, TBA #04048500, Fed #5082
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Tel.   No.: (713) 600-8500
Fax No.: (713) 600-8585
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on February ___16th___, 2026, to which witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas

EDDITH SALAZAR
My Notary ID # 128546117
Expires June 30, 2027